# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

UNITED STATES OF AMERICA,

        **Plaintiff,**

   v.                     **CASE NO. 6:22-cr-10046-EFM-1-2**

DEON B. LACEY,
and ANTHONY E. BROWN,

        **Defendants.**

# INDICTMENT

**THE GRAND JURY CHARGES**:

## COUNT 1

**POSSESSION WITH INTENT TO DISTRIBUTE COCAINE**
**[21 U.S.C. § 841]**

On or about March 14, 2022, in the District of Kansas,

**DEON B. LACEY,**
**and ANTHONY E. BROWN,**

the defendants herein, did unlawfully, knowingly and intentionally possess with the intent

to distribute 5 kilograms or more of a mixture or substance containing a detectable amount

of cocaine, a controlled substance.

     In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A) and

Title 18, United States Code, Section 2.

# COUNT 2

**INTERSTATE TRAVEL IN AID OF RACKETEERING**
**[18 U.S.C. § 1952(a)(1)]**

On or about March 14, 2022, in the District of Kansas and elsewhere,

**DEON B. LACEY,**
**and ANTHONY E. BROWN,**

the defendants herein, did travel in interstate commerce, with intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of an unlawful activity, that is the knowing and intentional possession with intent to distribute a mixture or substance containing a detectable amount of cocaine, a controlled substance, in violation of 21 U.S.C.§ 841, and thereafter did perform or attempt to perform an act to promote, manage, establish, carry on or facilitate the promotion, management, establishment, or carrying on of said unlawful activity.

In violation of Title 18, United States Code, Sections 1952(a)(3) and (a)(3)(A) and Title 18, United States Code, Section 2, with reference to Title 21, United States Code, Section 841(a)(1) and (b)(1)(A).

# FORFEITURE NOTICE

1.      The allegation contained in Count 1 this Indictment is hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853.

## Controlled Substances Forfeiture

2.      Upon conviction of the offense set forth in Count 1 of this Indictment, the defendants shall forfeit to the United States, pursuant to Title 21, United States Code,

Section 853, any property constituting or derived from any proceeds obtained, directly or indirectly, as the result of such offenses and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense, including but not limited to:

      A.     A Silver 2007 Lexus G35, License Plate Number 8WQG356, VIN JTHBE96S570019918; and

      B.     A forfeiture money judgment against each defendant in an amount equal to the amount of gross proceeds obtained or derived by each defendant from the commission of Count 1.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL.

July 12, 2022 _____

DATE

s/Foreperson _____

FOREPERSON OF THE GRAND JURY

DUSTON J. SLINKARD
UNITED STATES ATTORNEY

By:/s/ *Oladotun O. Odeyemi* _____
OLADOTUN O. ODEYEMI
Assistant United States Attorney
District of Kansas
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
Ph: (316) 269-6481
Fax: (316) 269-6484
Email: ola.odeyemi@usdoj.gov
Ks. S. Ct. No. 29178

IT IS REQUESTED THAT THE TRIAL BE HELD IN WICHITA, KANSAS

## **PENALTIES**

**Count 1:**     **21 U.S.C. § 841(a)(1) and (b)(1)(A)**
               **[Possession with Intent to Distribute Cocaine]**

- Punishable by a term of imprisonment of not less than ten (10) years and not more than life years.  21 U.S.C. § 841(b)(1)(A)
- A term of supervised release of not less than five (5) years.  21 U.S.C. § 841(b)(1)(A).
- A fine not to exceed $10 million. 21 U.S.C. § 841(b)(1)(A).
- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).
- Forfeiture

If the defendant commits such a violation after a prior conviction for a serious drug felony or serious violent felony has become final, the penalties are:

- A term of imprisonment of not less than fifteen (15) years and no more than life. 21 U.S.C. § 841(b)(1)(A).
- A term of supervised release of at least ten (10) years. 21 U.S.C. § 841(b)(1)(A).
- A fine not to exceed $20 million. 21 U.S.C. § 841(b)(1)(A).
- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).
- Forfeiture.

**Count 2:**     **18 U.S.C. § 1952(a)(3)(A)**
               **[Interstate Travel in Aid of Racketeering]**

- Punishable by a term of imprisonment of not more than five (5) years.  18 U.S.C. § 1952(a)(3)(A)
- A term of supervised release of not more than three (3) years.  18 U.S.C. § 3583(b)(2).
- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3).
- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).
- Forfeiture